AO 240A (Rev. 1/94)

UNITED STATES DISTRICT COURT

__EASTERN__    **District of**    __CALIFORNIA__

| | |
|---|---|
| RICHARD FRANK BERNAL,<br>Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br><br>CASE    1:13-CV-00707-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

**X**  GRANTED.

    **X**  The clerk is directed to file the complaint.

    **X**  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this    __20th__    day of    __May__ , __2013__ .

__/s/ Barbara A. McAuliffe__
Signature of Judicial Officer

__BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer