BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| RICHARD FRANK BERNAL,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:13-cv-0707-BAM<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's Motion for Attorney Fees with the Court by 30 days to August 5, 2015, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.

    There is good cause for this extension because counsel for Defendant will be on leave for portions of the next two weeks.  There is also good cause for this extension because counsel for Defendant is currently responsible for numerous district court cases at various stages of

-1-

litigation, as well as conducting discovery and preparing substantive motions in proceedings before the Equal Employment Opportunity Commission and Merit Systems Protection Board.

                                        Respectfully submitted,

Date: *June 23, 2015*                         LAW OFFICES OF HELEN R. ZNE

                                By:    */s/ Asim H. Modi for Helen R. Zane\**
                                                 HELEN R. ZANE
                                                 *\*Authorized by email on June 23, 2015*
                                                 Attorneys for Plaintiff

Date: *June 23, 2015*                         BENJAMIN B. WAGNER
                                                 United States Attorney
                                                 DONNA L. CALVERT
                                                 Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                By:    */s/ Asim H. Modi*
                                                 ASIM H. MODI
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant

## ORDER

      Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that the Defendant's deadline to file a response to Plaintiff's Motion for Attorney is extended to August 5, 2015.

IT IS SO ORDERED.

    Dated:  **July 2, 2015**                      /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE