1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RICHARD BERNAL,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:13-cv-00707-BAM<br><br>**ORDER DENYING PLAINTIFF'S MOTION<br>FOR AN ORDER EXTENDING TIME TO<br>FILE REPLY BRIEF IN SUPPORT OF<br>PLAINTIFF'S APPLICATION FOR<br>ATTORNEY'S FEES**<br>(Doc. 22)<br><br>SEVEN-DAY DEADLINE |

        Plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act on June 4, 2015.  (Doc. 18.)  Following a stipulation to extend time, Defendant filed an opposition on July 30, 2015.  (Doc. 21.)  On July 31, 2015, Plaintiff filed the instant motion requesting a fourteen-day extension of time to file her reply brief.  Plaintiff does not explain why an extension of time is necessary.  (Doc. 22.)  Absent good cause, Plaintiff's request for a fourteen-day extension of time is HEREBY DENIED.  Plaintiff's reply brief shall be filed within seven (7) days from the date of this order.

IT IS SO ORDERED.

    Dated:    **August 5, 2015**                    /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28